■ In the Matter of EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION. MARGIE SIEMUCHA, Individually and as Executrix of MICHAEL A. SIEMUCHA, Deceased, Appellant, v A.P. GREEN INDUSTRIES, INC., et al., Defendants, and CHARTER CONSOLIDATED, P.L.C., Respondent. [701 NYS2d 678] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Kane, J. (Appeal from Order of Supreme Court, Niagara County, Kane, J.—Dismiss Pleading.) Present—Denman, P. J., Green, Pigott, Jr., Hurlbutt and Balio, JJ.

■ In the Matter of GANNETT Co., INC., et al., Respondents, v ROCHESTER CITY SCHOOL DISTRICT et al., Appellants. [701 NYS2d 679] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Lunn, J. (*Matter of Gannett Co. v Rochester City School Dist.*, 179 Misc 2d 502). (Appeal from Judgment of Supreme Court, Monroe County, Lunn, J.—CPLR art 78.) Present—Denman, P. J., Green, Pigott, Jr., Hurlbutt and Balio, JJ.